UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

**CRIMINAL ACTION NO. 17-02-DLB-EBA-1**

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

**vs.**            <u>**ORDER ADOPTING REPORT AND RECOMMENDATION**</u>

**DIXIE CLARK**                                                                    **DEFENDANT**

\* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins (Doc. # 23), wherein he recommends that Defendant Dixie Clark be found competent to stand trial. Defendant moved for a competency evaluation on February 8, 2017 (Doc. # 8), and after undergoing an evaluation, a competency hearing was held before the Magistrate Judge on June 8, 2017 (Doc. # 22). No objections having been filed in response to the R&R, and the time to do so having now expired, the R&R is ripe for the Court's consideration.

Having reviewed the Magistrate Judge's thorough R&R, the Court concludes that it is sound in all respects. Accordingly,

**IT IS HEREBY ORDERED** as follows:

(1) The Report and Recommendation of the United States Magistrate Judge (Doc. # 23) be, and hereby is, **adopted** in full as the findings of fact and conclusions of law of the Court;

1

(2) Defendant Dixie Clark is found competent to stand trial and continue the criminal proceedings in this matter;

(3) The time period between February 8, 2017 and the date of entry of this order shall be excluded from the Defendant's Speedy Trial Act calculation; and

(4) This matter remains scheduled for a Pretrial Conference on **Monday, July 10, 2017 at 9:30 a.m. in Ashland**.

This 30th day of June, 2017.

Signed By:
David L. Bunning
United States District Judge

K:\DATA\ORDERS\Ashland Criminal\2017\17-02 Order adopting R&R.wpd